

# Fourth Court of Appeals
## San Antonio, Texas

July 12, 2016

No. 04-16-00337-CR

Ex Parte Jennifer **RODRIGUEZ**,
Appellant

From the County Court at Law No. 2, Bexar County, Texas
Trial Court No. 496800
Honorable Jason Wolff, Judge Presiding

# O R D E R

This is an accelerated appeal of the trial court's order denying appellant's pre-trial application for writ of habeas corpus. Appellant's brief was due to be filed on July 5, 2016. On July 11, 2016, appellant filed a motion requesting a thirty-day extension of time to file her brief from the date the motion was filed.[1] The motion is GRANTED IN PART. Appellant is granted a thirty-day extension of time from the date appellant's brief was originally due to be filed. Accordingly, appellant's brief must be filed no later than August 4, 2016.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of July, 2016.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court

---

[1] Appellant stated thirty days from the date the motion was filed would be August 15, 2016. However, the motion was filed on July 11, 2016, and thirty days from that date would be August 10, 2016.